UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Case No. 08-32628-DHW

Chapter 13

BONITA L. WILSON,

    Debtor.

**ORDER GRANTING MOTION TO EXTEND STAY**
**ORDER TERMINATING STAY CONDITIONALLY**

The debtor filed a motion under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors.

The motion came on for evidentiary hearing on December 17, 2008 after notice to all creditors. No objection to the motion was filed or advanced at the hearing.

In accordance with the ruling of the court from the bench in open court, it is

ORDERED that the motion is GRANTED, and the stay is hereby EXTENDED as to all creditors. It is

FURTHER ORDERED that, the stay as to the home mortgage will terminate without further order of the court if the debtor defaults in a postpetition mortgage payment and does not cure the default within 30 days from the date the creditor files a certificate of default with the court.

The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the debtor fails to cure the default within 30 days from the filing date of the certificate.

Done this 19 day of December, 2008.

          /s/ Dwight H. Williams, Jr.
          United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors